UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEUTSCHE BANK NATIONAL TRUST
COMPANY,
                Plaintiff,

v.

SARAH RUSHING, et al,

                Defendants.
-----------------------------------------------------------x

**ORDER**

24-CV-08118 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On October 25, 2024, Deutsche Bank National Trust Company ("Plaintiff") commenced the instant action against Sarah Rushing, Wells Fargo Bank, N.A. ("Wells Fargo"), and John Does 1-12 ("Defendants"). (Doc. 1). On October 30, 2024, the Clerk of Court issued summonses as to Defendants. (Docs. 8-9). On November 18, 2024, Plaintiff filed an affidavit of service indicating that service was effected on Defendant Wells Fargo on November 5, 2024. (Doc. 10). Defendant Wells Fargo's deadline to answer or otherwise respond to the Complaint was November 26, 2024. (*Id.*). Defendant Wells Fargo did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavit of service.

      Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by February 3, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       January 2, 2025

_____
Hon. Philip M. Halpern
United States District Judge